In The Court of Criminal Appeals
Austin, Texas

12,375

Herbert Feist
        Relator,

VS.

Texas Attorney General
        Respondent(s) et., al

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 12 2015
Abel Acosta, Clerk

Case No. _____

Petition For Writ of Mandamus

This document contains some
pages that are of poor quality
at the time of imaging.

To The Honorable Judge of Said Court:

Comes Now, Relator Herbert Feist, in the above style of action, who makes and files this his Petition for Writ of Mandamus, and would respectfully show unto this Honorable Court, the following, to wit;

## I.
## Jurisdiction

Jurisdiction is hereby invoked over the parties and subject matter, and The Common law Interest of The State of Texas.

## II.
## Venue

Venue is proper, the claim and parties arose in this region.

## III
## Parties

1) Relator: Herbert Feist, is and was at all times mention incarcerated at Jefferson County Jail, 5030 Hwy 69 South; Beaumont, Tx. 77705;

2) Respondent: Texas Attorney General, situated at P.O. Box 12548, Austin, Tx. 78711.

3). Respondent: U.S. Attorney General, situated At 5137 Robert F. Kennedy Bldg, 10th St, & Constitution Ave. N.W, Washington, D.C. 20210.

4). Respondent: District Attorney of Jefferson County, Tx, situated At 1085 Pearl St. 3rd fl, Beaumont, Tx 77701.

5). Respondent: Beaumont Police Dept, situated At 255 College St, Beaumont, Tx. 77704.

6). Respondent: Sheriff Dept, situated At 1001 Pearl St, Beaumont, Tx. 77701.

7). Lamar University Police Dept, situated At 4400 MLK. Parkway, Beaumont, Tx. 77710

8). Respondent: Federal Bureau of Investigation, situated At, 1st Justice Park Dr, Houston, Tx. 77709

## IV.

### Nature of the Case

Relator, was Assaulted by Beaumont Police twice, in front of Sheriff dept, and Lamar Police none intervened in his behalf, An ederly, disable, terminally ill Black, by all raciest whites, totally unprovoked.

Relator, sought criminal charges, contacted all Respondents, who done nothing. The district Attorney maliciously engaged in Selective Prosecution of having only Relator Actions indicted, And presented A false picture of the facts to Grand Jury, lied to them about these Acts. Discrimination, retaliation, And Vindictness.

## V.

1). On or about Feb. 18, 2014, Relator was Arrested And handcuffed behind his back then placed

in the backseat of Beaumont Police Car.

They refused to take this ederly Blackman 60 year old disable, terminally ill man to jail. Instead called News Reporters, and told him, he had to cooporate with them, give a personal interview, confess to crime, on tv.

He said "No", All white racial Beaumont Police Officers, snatched him out of the car, slammed him to the ground, and jumped him. No rights were never read to him.

They attempted to kill him or beat a confession out of him. Relator started yelling at Channel 12 News, "I ain't Aggressive" over and over, then "I hope you are filming this!"

The prosecutor still want to use this 4th Amendment violation against me, and not prosecute the Officers.

A, sergeant came over told them to stop beating me. They put me back in the car. Still refuse to take me to jail.

Channel 6, arrived, they told me I would get the same treatment if I didn't cooporate. I said "No", they done the same thing all over.

The Sheriff dept, and Lamar Police was present and done nothing to stop them.

I've been requesting criminal charges the prosecutor refuse, so they're testimony will be as expert witness, rather than criminal.

VI.

The Criminal court offer no forms of relief from Malicious, Vindictness Retailatory, discriminator,

Selective Prosecution.

The district Attorney lied to the Grand Jury Withheld All of this for a true bill under false pretense.

## VII.

### Equity

Relator, has no plan Adequate or complete remedy of law to redress the wrongs described herein, unless this Honorable Court grant the requested relief

## VII.

Wherefore, Premises Considered, Relator prays that the requested relief be had.

1). That Citation/Summons be issued According to law;

2). That Criminal Charges be brought against all parties and the district Attorney;

3). That Special Prosecution be Appointed And case dismissed, All Evidence Suppressed and Jefferson County Bias, prejudice, Racial District Attorney be Removed;

4). That case be dismissed since indicted under 38.04(a)(1) which don't apply to Relator, And time limitation has passed for new indictment;

5). That Declartory Judgment issue on All Allegations and double jeopardy;

6). That the priors Are void, And is not properly enhanced;

7). Any other relief, special And general that Relator maybe entitled to.

## Certificate of Service

I, Herbert Feist, certify that I have mailed A true And correct copy of Mandamus to 252nd District Court, 1001 Pearl St., Beaumont, Tx. 77701, on this 24 day of Sept. 2015;

Respectfully,
S/ Herbert Feist
Herbert Feist # 18805
Jefferson County Jail
5030 Hwy 69 South
Beaumont, Tx. 77705